Jeremy S. Golden, Esq. (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Tel: 619-476-0030; Fax:  775-743-0307
Attorney for Plaintiff

Jeffrey A. Topor, Esq. (SBN 195545)
Simmons & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94101
sscheinhorn@snllp.com
Phone: (415) 283-1000; Fax:  (415) 352-2625

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK A. MANFRED, | Case No.: 14cv1138-JAH-KSC |
| Plaintiff, | **Joint Motion to Dismiss** |
| v. | |
| CAVALRY SPV I, LLC, et al. | |
| Defendants. | |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7.2, Plaintiff MARK A. MANFRED and Defendants CAVALRY SPV I, LLC and WINN LAW GROUP jointly move the Court to dismiss the entire action and all causes of action with prejudice.  Each party to bear its own fees and costs.

DATE: October 16, 2014          BY: /s/Jeremy S. Golden              .
                                    Jeremy S. Golden,
                                    Attorney for Plaintiff

DATE: October 16, 2014          BY: /s/ Jeffrey A. Topor              .
                                    Jeffrey A. Topor,
                                    Attorney for Defendant

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable Jeffrey A. Topor, counsel for Defendants CAVALRY SPV I, LLC, and WINN LAW GROUP and that I have obtained Mr. Topor's authorization to affix his electronic signature to this document.

DATE: October 16, 2014          BY:  /s/Jeremy S. Golden              .
                                    Jeremy S. Golden,
                                    Attorney for Plaintiff
                                    E-Mail: Jeremy@goldencardona.com