# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK A. MANFRED, | ) | Case No.:  14cv1138-JAH-KSC |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| CAVALRY SPV I, LLC,et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Local Rule 7.2 and the parties' Joint Motion to Dismiss, this action is hereby dismissed with prejudice.  Each side to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED:   October 17, 2014

_____
JOHN A. HOUSTON
United States District Judge

1